*PX 2*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                              :
                                    : Involuntary Chapter 7
A.N. FRIEDA DIAMONDS, INC.,         :
                                    : Case No. 15-11862 (MEW)
               Alleged Debtor.      :
                                    :
------------------------------------x

## ORDER GRANTING THE PETITIONING CREDITORS' MOTION FOR THE APPOINTMENT OF AN INTERIM TRUSTEE ON CONSENT

This matter having come before the Court at a continued hearing held on July 30, 2015 at 2:00 a.m. (the "Hearing"), on the Petitioning Creditors' motion for the appointment of an interim trustee (the "Motion") and the Alleged Debtor having appeared by counsel, Scott S. Markowitz, of Tarter Krinsky & Drogin LLP, and the Petitioning Creditors having appeared by Wayne Greenwald, P.C., Wayne M. Greenwald, Esq., and upon the entire record of the Hearing, and upon the agreement of the Petitioning Creditors and the Alleged Debtor to this Court granting the Motion on the terms stated in this Order, it is

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that the hearing to consider the involuntary petition shall be held on September 9, 2015 at 11:00 am. (the "Hearing") with an answer deadline on the later of (i) August 21, 2015 or (ii) 14 days after the final "joinder" to the petition by other creditors with such joinder(s), if any, due by August 14, 2015; and it is further

**ORDERED**, that the Office of the United States Trustee shall promptly appoint an interim trustee, pursuant to 11 U.S.C. § 303(g) and Fed.R.Bankr.P. 2001(a); and it is further

**ORDERED**, that pending the Hearing, the Interim Trustee shall take possession of all the property of the Alleged Debtor's estate herein, and the Alleged Debtor and any other person or

persons are hereby ordered to deliver forthwith to said Interim Trustee all of the property of the estate of whatsoever nature and description in the possession or control of said Alleged Debtor or any other person; and it is further

**ORDERED,** that pending the Hearing, the Alleged Debtor, its creditors, and all other persons are hereby jointly and severally enjoined, restrained and stayed from interfering with the Interim Trustee's possession of the Alleged Debtor's property; and it is further

**ORDERED,** that pending the Hearing, the Petitioning Creditors shall be prohibited from directly contacting the Alleged Debtor's principals, Ronen Konfino and Frieda Konfino; and it is further

**ORDERED,** that upon appointment of an interim trustee pursuant to § 303(g), the Petitioning Creditors, jointly, shall file a bond for the sum of $100,000.00 with surety as the United States trustee shall approve, conditioned to indemnify the Alleged Debtor for the costs, attorney's fee, expenses, and damages allowed under section 11 U.S.C. § 303(i) in the event the involuntary petition heretofore filed herein is dismissed; and it is further

**ORDERED,** that the Alleged Debtor reserves the absolute right to convert this case to chapter 11 of the Bankruptcy Code pursuant to section 706(a) of the Bankruptcy Code; and it is further

**ORDERED,** that any party seeking revisions to the terms of this Order shall have the right to request such revisions at any time.

Dated: New York, New York
August 5, 2015

s/Michael E. Wiles
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

{Client/000999/AD101/00972646.DOC;3 }