*PX 19*

## Deposits Per Bank Statement

| Month | Per Bank Statements | Less: Returned Checks & Chargebacks | Cash Deposits |
|---|---|---|---|
| January | $ 477,133.86 | $ 192,275.36 | $ 284,858.50 |
| February | 228,021.79 | 90,744.29 | 137,277.50 |
| March | 141,641.00 | - | 141,641.00 |
| April | 184,674.25 | 8,127.50 | 176,546.75 |
| May | 362,728.42 | 48,468.33 | 314,260.09 |
| June | 448,941.25 | 5,435.00 | 443,506.25 |
| July | 205,366.25 | 14,365.50 | 191,000.75 |
| August | 555,024.40 | - | 555,024.40 |
| September | 488,638.06 | 5,500.00 | 483,138.06 |
| October | 555,645.00 | 30,654.00 | 524,991.00 |
| November | 637,058.46 | 2,467.00 | 634,591.46 |
| December | 723,729.58 | 86,646.83 | 637,082.75 |
| Total | $ 5,008,602.32 | $ 484,683.81 | |