<table>
<tr><td>

# Akiva Shapiro
Attorney and Counselor-at-Law
1 West Park Drive
Old Bethpage, NY 11804

</td><td>

# Akiva Shapiro Law, PLLC
Mailing Address:
696 Old Bethpage Road #540
Old Bethpage, NY 11804

</td></tr>
</table>

Phone: 347-435-6529 • Fax: 347-710-2543

Akiva@AkivaShapiroLawPLLC.com • www.AkivaShapiroLawPLLC.com

August 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020
```

**Via ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:   **Letter Request for Second Extension On Consent to September 15, 2020**
Index No.: 15-11862 (MEW)
In Re: A.N. Frieda Diamonds, Inc., Debtor

Dear Judge Vyskocil:

    I represent Appellant-Defendants, Roni Rubinov and New Liberty Pawn Shop, Inc., in the above referenced matter. The Court today kindly granted Appellant-Defendants motion for an extension of time to file their brief to the requested date of August 31, 2020. Yesterday I filed a Supplemental Designation of the Record.

    Upon consent of Leo Fox, Esq, counsel to the Bankruptcy Trustee, I respectfully submit this letter request for a second extension to September 15, 2020. The further extension is needed to complete the drafting of Appellant-Defendants, and to give time for opposing counsel to file a Supplemental Counter Designation of the Record if desired.

    Thank you for your consideration.

Sincerely,

*/s/ Akiva Shapiro*
Akiva Shapiro

---

**Granted. SO ORDERED.**

Date: 09/02/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

## Akiva Shapiro Law, PLLC

Cc by ECF:

    Leo Fox, Esq. Attorney for Matthew C. Harrison, Jr.,
Appellee-Trustee-Plaintiff
630 Third Avenue, 18th Floor
New York, NY 10017

    Stephen Vlock, Esq. Attorney for Matthew C. Harrison, Jr.,
Appellee-Trustee-Plaintiff
Vlock & Associates, P.C.
630 Third Avenue, 18th Floor
New York, New York 10017

    Peter Janovsky, Esq., Attorney for VNB New York, LLC
Appellee-Defendant-Intervenor and Cross-Claimant
Zeichner Ellman & Krause
1211 Avenue of the Americas
New York, NY 10036