

# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

**MARSHAL'S NOTICE OF LEVY AND SALE**   BL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS   INDEX: 17-1103(MEW)

**JUDGMENT CREDITOR:**
MATTHEW C. HARRISON, JR.

**JUDGMENT DEBTOR:**
RONI RUBINOV
NEW LIBERTY PAWN SHOP, INC.
67 WEST 47TH STREET
NEW YORK NY 10036

Tax ID: TIN:26-3699137

**BY VIRTUE OF AN EXECUTION** issued out of the above court to me directed and delivered, PLEASE TAKE NOTICE that I this day LEVIED upon and will expense for **SALE AT PUBLIC AUCTION**, all the right, title and interest which the defendant had on this day, or at any time thereafter, in and to the following described chattels, sufficient to satisfy the execution together with Marshal's fees and expenses:

**\*\*ALL ASSETS ON PREMISES BELONGING TO THE DEFENDANT ARE NOW SUBJECT TO MY LEVY AND THESE ITEMS CANNOT BE SOLD OR TRANSFERRED!!\*\***

PAY IN FULL 72 HOURS BEFORE SALE DATE OR SALE WILL BE ADVERTISED AT YOUR EXPENSE
Payments to be made by MONEY ORDER or CERTIFIED CHECK payable ONLY to:
New York City Marshal Stephen W. Biegel
Include this docket number on all payments: **E-34633**

PRINCIPAL $1,242,722.07, INTEREST $38,062.07, STATUTORY FEES $205.98, POUNDAGE $64,049.50

Judgment and Fees **$1,345,039.62**
(plus auction expenses & $306.95 interest for each additional day from the date on this levy.)

Public Auction Sale Date: SEPTEMBER 23rd 2020 (or any date thereafter)
Time of Auction: 11AM   Address: 67 W 47 ST NY. NY. 10036
LEVY SERVED ON: ZAMORA   DATE: 9/3/20

09/02/20   VLOCK

# WARNING
Anyone who defaces this legal notice or causes same to be defaced in any way is guilty of a misdemeanor and will be punished to the full extent of the law.
(LEVY)