**Akiva Shapiro**
Attorney and Counselor-at-Law
1 West Park Drive
Old Bethpage, NY 11804

**Akiva Shapiro Law, PLLC**
Mailing Address:
696 Old Bethpage Road #540
Old Bethpage, NY 11804

Phone: 347-435-6529 • Fax: 347-710-2543
Akiva@AkivaShapiroLawPLLC.com • www.AkivaShapiroLawPLLC.com

January 7, 2021

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Index No. 20-04008 (MKV)
                  AN Frieda Diamonds, Inc. v. Roni Rubinov and New Liberty Pawn Shop, Inc.

Dear Judge Vyskocil:

      Upon request of Chambers, I file this statement pursuant to F.R.B.P 8019 requesting that the above referenced appeal be decided on the papers as submitted without oral argument because the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. I have conferred with Leo Fox, Esq., attorney for respondent, who consents to proceeding without oral argument so long as it is acceptable to the court.

      Additionally, upon request of my client, I respectfully reiterate my client's request for expeditious review.

      Thank you very much for your consideration.

Very truly yours

/Akiva Shapiro, Esq.

cc. Leo Fox, Esq. via ECF