Akiva Shapiro
Attorney and Counselor-at-Law
1 West Park Drive
Old Bethpage, NY 11804

Akiva Shapiro Law, PLLC
Mailing Address:
696 Old Bethpage Road #540
Old Bethpage, NY 11804

Phone: 347-435-6529 • Fax: 347-710-2543

Akiva@AkivaShapiroLawPLLC.com • www.AkivaShapiroLawPLLC.com

June 25, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2021
```

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

### Letter Motion Request to File Medical Documents Under Seal

Re:   Index No. 20-04008 (MKV)
      AN Frieda Diamonds, Inc. v. Roni Rubinov and New Liberty Pawn Shop, Inc.

Dear Judge Vyskocil:

In support of with the undersigned's Letter Motion Request to Expedite Review of Appeal of this date, pursuant to the Court's Individual Rules of Practice in Civil Cases, I am writing at the request of Mr. Rubinov to file three medical documents under seal, dated February 25, 2021, March 21, 2021 and June 14, 2012. Upon request, the Bankruptcy Court has already ordered the first two letters sealed. The orders are enclosed. Request for the third letter to be filed under seal is pending decision by the Bankruptcy Court.

The request is narrowly tailored to just the private medical records of Mr. Rubinov, in support of his Letter Motion Request to Expedite Review of Appeal. Medical records are sensitive and are properly filed under seal. Please see Bauman v Harbor View Home Owners Assn., 16CV2506-MMA (JMA), 2017 WL 1378215, at *1 [SD Cal Apr. 11, 2017].

For the foregoing reasons, it is respectfully requested that the Court grant Mr. Rubinov's request to file the three medical documents under seal. Thank you in advance for your consideration.

Very truly yours

/s/ Akiva Shapiro

Akiva Shapiro, Esq.

Encls.
cc. Leo Fox, Esq. via ECF

---

The Court GRANTS Appellants' request to file Mr. Rubinov's medical records under seal. The Clerk of Court is respectfully requested to maintain docket entry 24 under seal and terminate docket entry 23. SO ORDERED.

Date: 7/1/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge