# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE A.N. FRIEDA DIAMONDS, INC.


RONI RUBINOV and NEW LIBERTY PAWN
SHOP, INC.,

                 Appellants,

     -against-

MATTHEW C. HARRISON, JR.,

                 Appellee.

-----------------------------------------------------------X

20 **CIVIL** 4008 (MKV)

**JUDGMENT**

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2021, the judgment of the bankruptcy court is AFFIRMED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        September 30, 2021

                              **RUBY J. KRAJICK**
                                Clerk of Court
               **BY:**
                                Deputy Clerk