**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty-two.

Before: William J. Nardini,
*Circuit Judge,*

_____

In re: A.N. Frieda Diamonds, Inc.,
Debtor.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Roni Rubinov, New Liberty Pawn Shop, Inc.,

Appellants,

v.

Matthew C. Harrison, Jr.,

Trustee-Appellee.
_____

**ORDER**

Docket No. 21-2712

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 12 2022
```

By letter dated September 13, 2022, Appellee requests that the above-captioned appeal be withdrawn and removed from the calendar in light of a stipulation to withdraw this appeal and the Bankruptcy Court's approval of said stipulation on September 12, 2022.

IT IS HEREBY ORDERED that the request is GRANTED. The appeal is removed from the calendar, and the appeal is deemed WITHDRAWN.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

MANDATE ISSUED ON 10/12/2022